Plumes—Argued September 19, affirmed December 24, 1969

Madden—Argued October 30, affirmed December 24, 1969,
petition for rehearing denied January 27, 1970.
Petition for review denied by Supreme Court
March 10, 1970

Apodaca—Argued November 24, affirmed December 24, 1969,
petition for rehearing denied January 27, 1970.
Petition for review denied by Supreme Court
March 10, 1970

Cooper, Jr.—Submitted on record and briefs November 5,
affirmed December 24, 1969, petition for rehearing
denied January 27, 1970. Petition for review
denied by Supreme Court March 10, 1970

# STATE OF OREGON, *Respondent, v.*
# JOHN LEON PLUMES,
*Appellant.*
## (Case Nos. 87939, 87940, 87941)
462 P. 2d 691

*Francis W. Linklater,* Eugene, argued the cause and filed the brief for appellant.

*Michael E. Murphy,* Deputy District Attorney, Eugene, argued the cause and filed the brief for respondent. With him on the brief was John B. Leahy, District Attorney, Eugene.